

**KENTUCKY**
COURT OF JUSTICE

14-CI-006247

### *HARAC, ELIZABETH , ET AL VS. RODRIGUEZ, JORGE, M.D. , ET AL*

**JEFFERSON CIRCUIT COURT**

Filed on **12/05/2014** as **PERSONAL INJURY** with **HON. JAMES M. SHAKE**

**\*\*\*\* NOT AN OFFICIAL COURT RECORD \*\*\*\***

| Case Memo | 14-CI-006247 |
|---|---|

*JURY FEE PAID FILE IN SHERRIE'S O FFICE*

| Parties | 14-CI-006247 |
|---|---|

**COMMUNITY MEDICAL ASSOCIATES, INC.,** as **DEFENDANT / RESPONDENT**

**Memo**

D/B/A NORTON SURGICAL SPECIALISTS

**Address**

D/B/A NORTON MEDICAL GROUP
1920 BISHOP LANE
LOUISVILLE KY 40218

**Summons**

**CIVIL SUMMONS** issued on **12/05/2014** served on **12/18/2014** by way of **CERTIFIED MAIL**
*ROBERT B. AZAR\**

**HARAC, ELIZABETH** as **PLAINTIFF / PETITIONER**

**Address**

620 ROSEVIEW TERRACE
NEW ALBANY IN 47150

**HARAC, IAN** as **PLAINTIFF / PETITIONER**

**Address**

620 ROSEVIEW TERRACE
NEW ALBANY IN 47150

**NORTON HOSPITALS, INC.,** as **DEFENDANT / RESPONDENT**

**Address**

P.O. BOX 35070
LOUISVILLE KY 40232

**Summons**

**CIVIL SUMMONS** issued on **12/05/2014** served on **12/08/2014** by way of **CERTIFIED MAIL**
*ROBERT B. AZAR*

**RODRIGUEZ, JORGE, M.D.** as **DEFENDANT / RESPONDENT**

**Address**

401 EAST CHESTNUT STREET, SUITE 710
LOUISVILLE KY 40202

**Summons**

**CIVIL SUMMONS** issued on **12/05/2014** by way of **CERTIFIED MAIL**

**UNIV OF LOU PHYSICIANS, INC** as **DEFENDANT / RESPONDENT**

**Summons**

**CIVIL SUMMONS** issued on **06/04/2015** served on **06/05/2015** by way of **CERTIFIED MAIL**
*ON AMENDED COMPL. S & H LOUISVIL LE*

**UNIV OF LOU SCHOOL OF MEDICINE** as **DEFENDANT / RESPONDENT**

**Summons**

**CIVIL SUMMONS** issued on **06/04/2015** by way of **CERTIFIED MAIL**
*ON AMENDED COMPL. TONI GANZEL MD. 323 E. CHESTNUT ST.*
**CIVIL SUMMONS** issued on **06/04/2015** by way of **CERTIFIED MAIL**

*ON AMENDED COMPL. LESLIE C. STROH M 2301 S. THIRD ST. SIGNED.... NO EX DATE*

**UNIVERSITY SURGICAL ASSOCIATES, PSC,** as **DEFENDANT / RESPONDENT**

**Address**

401 E. CHESTNUT STREET, SUITE 710
LOUISVILLE KY 40202

**Summons**

**CIVIL SUMMONS** issued on **12/05/2014** served on **12/08/2014** by way of **CERTIFIED MAIL**
*TIMOTHY D. CROCKETT, CEO*

**NORTON MEDICAL GROUP,** as **DOING BUSINESS AS**

**NORTON SURGICAL SPECIALISTS,** as **DOING BUSINESS AS**

**BUTLER, ASHLEY J.** as **ATTORNEY FOR DEFENDANT**

**Memo**

COUNSEL FOR DEFTS, JORGE L. RODRIGUEZ MD & UNIVERSITY SURGICAL AS SOCIATES, , PSC

**Address**

730 W. MAIN STREET,, SUITE 500
LOUISVILLE KY 40202

**KLAUSING, STEPHEN A.** as **ATTORNEY FOR PLAINTIFF**

**Address**

CPW LAW, LLC
330 NORTH EVERGREEN RD., STE. 3
LOUISVILLE KY 40243

**NAFZIGER, RYAN** as **ATTORNEY FOR DEFENDANT**

**Address**

PHILLIPS PARKER ORBERSON & ARNETT PLC
716 WEST MAIN STREET, STE. 300
LOUISVILLE KY 40202

**PIEKARSKI, MATTHEW** as **ATTORNEY FOR DEFENDANT**

**Memo**

COUNSEL FOR DEFTS, COMM. MED. ASSOCIATES INC. DBA NORTON MED. GROU P DBA NORTON SURGICAL DBA NORTON HOS PITAL & NORTON HOSPITALS, INC . DBA NORTON HOSPITAL

**Address**

716 WEST MAIN ST. SUITE 300
LOUISVILLE KY 40202

**WEIHE, ERIC M.** as **ATTORNEY FOR DEFENDANT**

**Memo**

COUNSEL FOR DEFT, UL SCHOOL OF MEDICINE

**Address**

2000 PNC PLAZA
500 WEST JEFFERSON STREET
LOUISVILLE KY 40202

| Documents | 14-CI-006247 |
|---|---|

**COMPLAINT / PETITION** filed on **12/05/2014**

**ANSWER** filed on **12/18/2014**
*...OF DEFTS, NORTON HOSPITALS, INC. AND COMMUNITY MED. ASSOCIATES, INC TO PLTF'S COMPLAILNT*

**REQUEST FOR ADMISSIONS** filed on **12/18/2014**
*,,, & INTERROG PROP. TO PLTFS BY DEFT NORTON HOSPITALS, INC. DBA NORTON HOSPITAL*

**ANSWER** filed on **12/22/2014**
*...JORGE L. RODRIGUEZ, MD*

**INTERROGATORIES & REQUEST FOR PRODUCTION OF DOCUMENTS** filed on **12/22/2014**
*....TO DEFTS, COMM. MED. ASSOCIATES, INC. DBA NORTON MED. GROUP DBANORTON SURG. SPECIALISTS & NORTON HOSPITALS, INC. DBA NORTON HOSPI TAL*

**INTERROGATORIES & REQUEST FOR PRODUCTION OF DOCUMENTS** filed on **12/22/2014**
*,,,TO PLTFS*

**NOTICE - OTHER** filed on **12/31/2014**
*OF ELECTION TO RECEIVE ELECTRONIC SERVICE;*

**RESPONSE** filed on **12/31/2014**
*.. TO NORTON HOSPITALS, INC. DBANORTON HOSPITAL'S REQ. FOR ADMI SSIONS & INTERROG*

**NOTICE - OTHER** filed on **01/06/2015**
*.... NOTICE OF ELECTION OF ELECTRONIC SERVICE.....*

**RESPONSE** filed on **01/08/2015**
*... TO INTERROG & REQ. FOR PROD OF DOC PROP. TO DEFTS, COMMUNITY MED ASSOCIATES, INC. DBA NORTON ME DICAL GROUP DBA NORTON SURGICAL S PECIALI & NORTON HOSPITALS, INC. DBA NORTON HOSPITAL*

**ANSWER TO INTERROGATORIES** filed on **04/29/2015**
*....UNIVERSITY SURGICAL ASSOCIATES, PSC ANS TO INTERROG & REQ. FORPROD. OF DOC.*

**AMENDED COMPLAINT** filed on **05/21/2015**

**ORDER TO FILE AMENDED COMPLAINT** filed on **05/21/2015**
*ADDING DEFTS*

**ANSWER** filed on **05/27/2015**
*.......OF DEFTS, NORTON HOSPITALS, INC. & COMMUNITY MEDICAL ASSOCI ATES, INC. TO PLTF'S FIRST AMENDED COMPLAINT FLD*

**ANSWER TO AMENDED COMPLAINT** filed on **05/28/2015**
*JORGE L. RODRIGUEZ, MD, UNIVERSITY SURGICAL ASSOCIATES, PSC. & UL PHYSICIANS ANS TO FIRST AMENDED COMPL*

**NOTICE - OTHER** filed on **07/07/2015**
*OF INTENT TO OBTAIN CERTIFIED MEDICAL RECORDS OF PLTF. ELIZABETH HARAC FROM U OF L HOSPITAL U OF L HOSPITAL ENT CLINIC FRAZIER REHA B DR. RON SPEARS*

**TENDERED DOCUMENT** filed on **07/08/2015**
*AGREED ORDER FOR E.O.T. OF BRIEFING SCHEDULE, ORD. TENDER*

**SUPPLEMENTAL FILING** filed on **07/14/2015**
*...FIRST SUPPL. REQ. FOR PROD. OF DOC. TO DEFTS, COMMUNITY MEDICA L ASSOCIATES, INC. DBA NORTON MED. GROUP DBA NORTON SURGICAL SPECI ALISTS & NORTON HOSPITAL'S, INC. DBA NORTON HOSPTIAL*

**RESPONSE** filed on **07/21/2015**
*... TO DEFT, UNIVERSITY OF LOU. SCHOOL OF MEDICINE'S, MOT. TO DISM ISS*

**ORDER - AGREED** filed on **07/22/2015**
*TO EXTEND BRIEFING SCHEDULE RE: ULSCHOOL OF MED MOT TO DISMISS*

**INTERROGATORIES** filed on **07/22/2015**
*...FIRST INTERROG & REQ. FOR PROD. OF DOCUMENTS PROP. TO DEFT, UL PHYSICIANS, INC*

**REQUEST FOR PRODUCTION OF DOCUMENTS** filed on **07/22/2015**
*(SECOND SET) PROP. TO DEFTS, N ORTON HOSPITALS, INC DBA NORTON HOSPTIAL & COMMUNITY MED. ASSOCIATESINC. DBA NORTON MED. GROUP DBA N ORTON SURGICAL; SPECIALISTS*

**RESPONSE** filed on **07/23/2015**
*,,,NORTON HOSPITALS INC.'S RESPONSE TO PLTF'S OBJ. TO NOTICE OF IN TENT TO OBTAIN RECORDS FROM DR. RON SPEARS VIA SUBP. DUCES TECUM & MOT. FOR AN ORD. REQ. PRODUCTION OF SAME RECORD FLD ORD TEND*

**RESPONSE** filed on **07/28/2015**
*NORTON HOSPITALS, INC. DBA NORTON HOSPITAL & COMM. MED. ASSOCIATES, INC DBA NORTON MED. GROUP & DBA NORTO SURGICAL SPEC. RESPONSES TO JORGE RODRIGUEZ, MD'S FIRST SUPP L REQ. FOR PROD OF DOC FLD*

**RESPONSE** filed on **07/28/2015**
*DEFTS NORTON HOSPITAL'S INC. DBA NORTON HOSPITAL & COMM. MED. ASSOCIATES, INC. DBA NORTON MED. GROUP & DBA NORTON SURGICAL SPECIA RESPONSES TO THE PLTFS' SECOND SET OF REQ. FOR PROD OF DOC.*

**NOTICE TO TAKE DEPOSITION** filed on **07/29/2015**
*......OF THE CUSTODIAN OF MED. RECORDS FOR UL HOSPITAL ENT CLINIC & REQ FOR PROD OF DOC FLD ATTA CHED RETD SUBP DUCES TECUM BY PARALEGAL ON UL HOSPITAL ENT CLIN IC VIA CERT MAIL EX 7-29-15*

**NOTICE TO TAKE DEPOSITION** filed on **07/29/2015**
*...OF THE CUSTODIAN OF MED. RECORDS FOR UL HOSPITAL.. & REQ. FOR PROD OF DOC. FLD ATTACHED SUBP DUCES RETD BY PARALEGAL ON UL HOSPITAL VIA CERT MAIL EX 7-29-15*

**NOTICE TO TAKE DEPOSITION** filed on **07/29/2015**
*...OF THE CUSTODIAN OF MED. RECORDS FOR FRAZIER REHAB & REQUESTFOR PROD OF DOC FLD ATTACHED SU BP DUCES TEUCM RETD BY PARALEGAL ON FRAZIER REHAB VIA CERT MAIL EX 7-29-15*

**ANSWER TO INTERROGATORIES** filed on **07/31/2015**
*...JORGE RODRIGUEZ MD. ANS TO INTERROG, & REQ. FOR PROD OF DOC FLD*

**RESPONSE** filed on **07/31/2015**
*...JORGE RODRIGUEZ. MD. . UNIVERSTIY SURGICAL ASSOCIATES. PSC & UL PHYSICIANS. INC. RESPONSE TO PLTFS' MOT TO PROTECT*

*PSYCHOTHERAPY RECORDS*

**TENDERED DOCUMENT** filed on **07/31/2015**
*.... AGREED ORD TO EXTEND BRIEFING SCHEDULE OF DEFT UL SCHOOL OF MEDICINE'S MOTION TO DISMISS FLDORD TEND*

**REPLY** filed on **08/05/2015**
*,,,,, UNIVERSITY OF LOU SCHOOL OF MED REPLY MEMO IN FURTHER SUP PORT OF MOT. TO DISMISS*

**REPLY** filed on **08/06/2015**
*IN SUPPORT OF OBJ TO NOTICE OF INTENT TO OBTAIN CERTAIN RECS VIS SUBPOENA DUCES TECUM FROM DR. RON SPEARS AND MOTION FOR PROTECTIVE ORDER ..*

**ORDER - AGREED** filed on **08/12/2015**
*TO EXTEND BRIEFING SCHEDULE OF U OF L SCHOOL OF MEDICINE'S MOT TO D ISMISS*

**ANSWER TO INTERROGATORIES** filed on **08/13/2015**
*FIRST.. AND REQUEST FOR PRODUCTIONOF DOCS..*

**NOTICE TO TAKE DEPOSITION** filed on **09/01/2015**
*... OF ELIZABETH HARAC*

**OPINION AND ORDER** filed on **09/10/2015**
*PLTFF'S OBJ TO TO SUB DUCES TECUM IS O/RULED AND PLTFF MOT FOR PRO T- ECTIVE ORDER IS DENIED DEFT 'S MOT TO COMPEL PRODUCTION IS GR ANTED*

**NOTICE TO TAKE DEPOSITION** filed on **09/18/2015**
*..VIDEO... OF JORGE L. RODRIGUEZ MD*

**NOTICE OF SERVICE** filed on **10/13/2015**

**NOTICE OF SUBMISSION** filed on **10/14/2015**
*... DEFT UL SCHOOL OF MEDICINE'S PENDING MOT TO DISMISS DUE TO LACK OF SUBJ MATTER OF JURISDICTION.. THE MOT. HAS BEEN FULLY BRIEFED AS OF AUG 5.20 15*

**OPINION AND ORDER** filed on **10/28/2015**
*GRANTING U L SCHOOL OF MEDICINEMOTION TO DISMISS CLAIMS IN AMEN DED CPT*

**TENDERED DOCUMENT** filed on **10/28/2015**
*.... AGREED PROTECTIVE ORD FLD ORD TEND*

**TENDERED DOCUMENT** filed on **10/29/2015**
*.... AGREED PROTECTIVE ORD FLD ORD TEND*

**ANSWER TO INTERROGATORIES** filed on **11/04/2015**
*... FIRST SUPPL ANS. TO INTERROG & REQ. FOR PROD. OF DO C. OF DOC. PROP. BY NORTON HOSPITALS, INC. DBA NORTON HOSPITAL*

**ANSWER TO INTERROGATORIES** filed on **11/04/2015**
*.... FIRST SUPPL. ANS TO INTERROG & REQ. FOR PROD. OF DOC PROP. BY JORGE L. RODRIGUEZ , M D. & UNIVERSITY SURGICAL ASSOCIATES, PSC*

**NOTICE OF SERVICE** filed on **11/04/2015**
*....*

**NOTICE OF CANCELLATION** filed on **11/06/2015**
*... OF DEPO OF ELIZABETH HARAC*

**ORDER - PROTECTIVE** filed on **11/09/2015**
*AGREED PROTECTIVE ORDER*

**RESPONSE** filed on **11/12/2015**
*TO PLTFS' INTERROG & REQ. FOR PROD OF DOC. PROP. TO DEFT, COMM. MED. ASSOCIATES, INC. DBA NORTON MED. GROUP & DBA NORTON SURGICAL SPECIALISTS FLD*

---

**ORDER - PROTECTIVE** filed on **11/30/2015**
*AGREED--PSYCHOTHERAPY RECORDS ARE NOT TO BE FILED AS PUBLIC RECORD*

**AMENDED NOTICE TO TAKE DEPOSITION** filed on **12/15/2015**
*.(VIDEO) OF JORGE L. RODRIGUEZ, MD*

**NOTICE OF CHANGE OF ADDRESS** filed on **12/31/2015**
*.... TELEPHONE & FACSMILE CHANGE CPW LAW , LLC STEPHEN KLA USING, JR. 330 NORTH EVERGREEN ROAD, SUITE 1 LOUISVILLE, KY 4024 3 502-253-9110 FAX 502 253-9114*

**AMENDED NOTICE TO TAKE DEPOSITION** filed on **01/21/2016**
*... OF ELIZABETH HARAC*

**EXHIBIT** filed on **01/25/2016**
*EXHIBIT A*

**EXHIBIT** filed on **01/25/2016**
*EXHIBIT B*

**EXHIBIT** filed on **01/25/2016**

**EXHIBIT** filed on **01/25/2016**
*EXHIBIT A*

EXHIBIT A

**EXHIBIT** filed on **01/25/2016**
*EXHIBIT B*

**TENDERED DOCUMENT** filed on **01/25/2016**
*ORDER GRANTING MOTION TO COMPEL DEFENDANT, NORTON HOSPITALS, INCE TOANSWER WRITTEN DISCOVERY REQUESTS ....FILED WITH MOTION....ORDER TENDERED*

**TENDERED DOCUMENT** filed on **01/25/2016**
*ORDER GRANTING MOTION TO COMPEL DEFENDANT, JORGE L. RODRIGUEZ M.D. TO ANSWER WRITTEN DISCOVERY REQUESTS....FILED WITH MOTION....ORDER TENDERED*

**NOTICE OF CANCELLATION** filed on **01/27/2016**
*...OF DEPO OF ELIZABETH HARAC*

**AMENDED NOTICE TO TAKE DEPOSITION** filed on **02/10/2016**
*SECOND AMENDED NOTICE TO TAKE VIDEO DEPO OF JORGE L. RODR IGUEZ MD*

**NOTICE OF CANCELLATION** filed on **03/01/2016**
*...DEPO OF JORGE L. RODRIGUEZ MD COPY RETD*

**TENDERED DOCUMENT** filed on **03/01/2016**
*... AGD ORD RE: BRIEFING & ORAL ARG. OF PLTF'S MOT TO C OMPEL DISCOVERY FROM THE DEFT S FLD ORD TEND*

**ORDER - AGREED** filed on **03/07/2016**
*RE: BRIEFING AND ORAL ARGUMENT OF PLTFF MOT TO COMPEL DISCOVERY*

**NOTICE - OTHER** filed on **03/09/2016**
*.... WESLEY BUTLER ENTRY OF APPEARANCE AS CO-COUNSEL FOR DEFT, NORTON HOSPITALS, INC. DBA NOR TON HOSPITAL..*

**RESPONSE** filed on **03/09/2016**
*JORGE L. RODRIGUEZ, MD RESPONSE TO PLTFS' MOT TO COMPEL*

**RESPONSE** filed on **03/09/2016**
*...SUPPL RESPONSES TO PLTFS' INTERROG PROP. TO DEFT. NORTON HOSPITALS, INC. DBA NORTON HO SPITAL*

**RESPONSE** filed on **03/09/2016**
*... NORTON HOSPITAL'S RESPONSE TO PLTF'S MOT TO COMPEL*

**EXHIBIT** filed on **03/21/2016**

**REPLY** filed on **03/21/2016**
*IN SUPPORT OF MOTION TO COMPEL*

**SEALED DOCUMENT** filed on **03/21/2016**
*\**

**TENDERED DOCUMENT** filed on **04/14/2016**
*.... AGD ORD OF PARTIAL DISMISSAL FLD ORD TEND*

**ORDER - AGREED** filed on **04/18/2016**
*PARTIAL DISMISSAL ON COMMUNITYMEDICAL ASSOC INC ONLY*

**NOTICE - OTHER** filed on **04/22/2016**
*... NO REMAND MOTION HOUR ON 4-25- 16*


**ANSWER TO INTERROGATORY & RESPONSE TO REQUEST FOR PRODUCTION OF DOCS** filed on **04/25/2016**
*JORGE L. RODRIGUEZ, M.D.*

**TENDERED DOCUMENT** filed on **04/29/2016**
*AGREED ORDER TO SEAL DOCU'S ORD. TENDER*

**NOTICE TO TAKE DEPOSITION** filed on **05/05/2016**
*(VIDEO)... OF NORTON HOSPITAL, INC'S CORP REPRESENTATIVE*

**OPINION AND ORDER** filed on **05/11/2016**
*GRANTED IN PART DENIED IN PART S EE ORDER ENT 5-11-16*

**EXHIBIT** filed on **05/16/2016**

**EXHIBIT** filed on **05/16/2016**

**NOTICE - OTHER** filed on **05/16/2016**
*,,, OF INTENT TO OBTAIN CERT. RECORDS VIA SUBP DUCES TECUM...KENNETH HAYSLEY & YELLOW AMBULANCE SERVICE*

**TENDERED DOCUMENT** filed on **05/16/2016**
*FILE 2ND AMENDED COMPLAINT*

**OBJECTION** filed on **05/19/2016**
*,,, TO PLTFS' MOT. TO FILESECOND AMENDED COMPL ADDING CLAIMS FOR NEGLI GENT CREDE NTIALING FLD ORD TEND*

**REPLY** filed on **05/25/2016**
*IN SUPPORT OF PLTF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT. EXHIBITS,*

**EXHIBIT** filed on **06/03/2016**

EXHIBIT filed on 06/03/2016

**EXHIBIT** filed on **06/03/2016**

**EXHIBIT** filed on **06/03/2016**

**RESPONSE** filed on **06/03/2016**
*... TO NORTON HOSPITALS' INC. MOT. TO RECONSIDER & AMEND THE CT'S MAY 11,2016*

**MAIL RETURNED UNDELIVERED** filed on **06/07/2016**
*...ON RONALD WILT.... RETDTO SENDER/ INSUFFICIENT ADD RESS*

**TENDERED DOCUMENT** filed on **06/09/2016**
*... AGD ORD RE: BRIEFING & ORAL ARG. OF NORTON HOSPITA LS, INC'S MOT TO RECONSIDER & AMD THE CT'S 5-11-16 ORD F LD ORD TEND*

**NOTICE TO TAKE DEPOSITION** filed on **06/20/2016**
*,,, CUSTODIAN OF MED. RECORDS FOR YELLOW AMBULANCE SERVICE & REQ, FOR PROD . OF DOC*

**NOTICE TO TAKE DEPOSITION** filed on **06/20/2016**
*.... CUSTODIAN OF MED. RECORDS FOR KENNETH HAYSLEY, LMFT, & REQ FOR PROD. OF DOC*

**ORDER - AGREED** filed on **07/01/2016**
*RE: BRIEFING & ORAL ARGUMENT OF NORTON HOSP'S MOT TO RECONSIDER A ND AMEND 5-11-16 ORDER*

**SEALED DOCUMENT** filed on **07/05/2016**
*RESPONSE & OBJ*

**REPLY** filed on **07/08/2016**
*.... NORTON HOSPITAL'S REPLY MEMO IN SUPPORT OF ITS MOT. TO RECONSIDER*

**EXHIBIT** filed on **07/14/2016**

**EXHIBIT** filed on **07/14/2016**

**EXHIBIT** filed on **07/14/2016**

**EXHIBIT** filed on **07/14/2016**

**EXHIBIT** filed on **07/14/2016**

**EXHIBIT** filed on **07/14/2016**

**EXHIBIT** filed on **07/14/2016**

**TENDERED DOCUMENT** filed on **07/14/2016**
*ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE NORTON'S REPLY IN SUPPO RT....ORDER TENDERED*

**NOTICE - OTHER** filed on **07/18/2016**
*REMAND OF MOTION TO STRIKE*

**OPINION AND ORDER** filed on **07/22/2016**
*DENYING PLTFF'S MOT TO FILE AMENDED CPT AND GRANTING DEFT'S MOT TO RECONSIDER*

**NOTICE - OTHER** filed on **08/17/2016**
*,,OF COMPLIANCE WITH THE CT' S ORD ENTD 5-11-16*

**NOTICE OF FILING** filed on **08/17/2016**
*NORTON'S NOTICE OF FILING UNDERSEAL FOR IN CAMERA REVIEW PURSUANT TO CT'S ORD ENTD 5 -11-16*

**SEALED DOCUMENT** filed on **08/17/2016**
*PRODUCTION TO THE CT. UNDER SEAL FOR IN CAMERA REVIEW*

**NOTICE OF FILING** filed on **08/20/2016**
*OF RESPONSE AND OBJECTION*

**ANSWER TO INTERROGATORY & RESPONSE TO REQUEST FOR PRODUCTION OF DOCS** filed on **09/13/2016**
*SUPPLEMENTAL*

**NOTICE TO TAKE DEPOSITION** filed on **09/23/2016**
*... OF IAN HARAC*

**NOTICE TO TAKE DEPOSITION** filed on **09/23/2016**
*.... OF ELIZABETH HARAC*

**TENDERED DOCUMENT** filed on **09/29/2016**
*RE IN CAMERA REVIEW*

**TENDERED DOCUMENT** filed on **09/29/2016**
*PL MTD LOSS CONSORTIUM CLAIM*

**NOTICE TO TAKE DEPOSITION** filed on **09/30/2016**
*MARY JAYAPALAN, RN*

**NOTICE TO TAKE DEPOSITION** filed on **09/30/2016**
*CARMENCITA RHOADES, RN*

**NOTICE TO TAKE DEPOSITION** filed on **09/30/2016**

...(VIDEO) OF TERRA TURNAKEY, RN

**NOTICE TO TAKE DEPOSITION** filed on **09/30/2016**
*(VIDEO) OF YOLANDA THORNTON, RN*

**NOTICE TO TAKE DEPOSITION** filed on **09/30/2016**

**AMENDED NOTICE TO TAKE DEPOSITION** filed on **10/03/2016**
*(VIDEO)..OF ELIZABETH HARAC*

**AMENDED NOTICE TO TAKE DEPOSITION** filed on **10/03/2016**
*(VIDEO) OF IAN HARAC*

**NOTICE OF FILING** filed on **10/14/2016**
*NORTON'S NOTICE OF FILING SUPPL AUTHORITY*

**NOTICE - OTHER** filed on **10/18/2016**
*notice to cancel video depo of mary jayapalan, rn scheduled on 10/19/16*

**NOTICE - OTHER** filed on **10/18/2016**
*notice to cancel video depo of terra turnakey rn on 10/19/16*

**NOTICE - OTHER** filed on **10/18/2016**
*notice to cancel video deposition of Yolanda thornton, rn on 10/19/16*

**NOTICE - OTHER** filed on **10/18/2016**
*notice to cancel 10/19/16 video depo of carmencita rhoades, rn*

**NOTICE TO TAKE DEPOSITION** filed on **10/18/2016**
*AMENDED NTTVD of carmencita Rhodeson 11/15/16 @ 1pm*

**NOTICE TO TAKE DEPOSITION** filed on **10/18/2016**
*amended notice to take video deposition of Yolanda allen on 11/15/16@ 12pm*

**RESPONSE** filed on **10/18/2016**
*PL RESPONSE TO NORTON FILING SUPP AUTHORITY*

**AMENDED NOTICE TO TAKE DEPOSITION** filed on **10/24/2016**
*..THIRD... VIDEO DEPO OF JORGE L. RODRIGUEZ, MD*

**NOTICE TO TAKE DEPOSITION** filed on **10/24/2016**

**SUPPLEMENTAL FILING** filed on **10/26/2016**
*.... INTERROG*

**AMENDED NOTICE TO TAKE DEPOSITION** filed on **11/01/2016**
*TERA CHERNECKE, RN*

**AMENDED NOTICE TO TAKE DEPOSITION** filed on **11/01/2016**
*MARY JAYAPALAN, RN*

**OPINION AND ORDER** filed on **11/02/2016**
*PLTFF MOT TO COMPEL PRODUCTION OF DEFT RODRIGUEZ IS GRANTED, MOT TO COMPEL AUDIT TRAIL RE: ELIZABETH HARAC IS GRANTED, PLTFF MOTION OR IN CAMERA REVIEW IS GRANTED*

**RESPONSE** filed on **11/09/2016**
*TO PLTF'S MOTION TO COMPEL*

**NOTICE OF CANCELLATION** filed on **11/09/2016**
*DEPOSITION OF TARA CHERNECKE, RN*

**RESPONSE** filed on **11/11/2016**
*... TO NORTON'S MOTION TO RECONSIDER & VACATE SECTION I OF THE CT'S NOV 2,2016 ORD FLD COPY RETD*

**EXHIBIT** filed on **11/21/2016**

**EXHIBIT** filed on **11/21/2016**

**TENDERED DOCUMENT** filed on **11/21/2016**
*order granting MOTION TO RECONSIDER SEC. II OF 11.2.16 ORDER ...order tendered*

**RESPONSE** filed on **11/23/2016**
*....NORTON'S RESPONSE TO PLTFS" MOT. TO RECONSIDER & VACATE SECTION II OF THE CT'S11-2-16 ORD*

**EXHIBIT** filed on **12/05/2016**

**EXHIBIT** filed on **12/05/2016**

**EXHIBIT** filed on **12/05/2016**

**REPLY** filed on **12/05/2016**
*REPLY IN SUPPORT MTC CREDENTIALINGAND AUDIT TRAIL*

**REPLY** filed on **12/06/2016**
*REPLY MOT RECONSIDER SEC II OF 11. 2.16 ORDER*

**OPINION AND ORDER** filed on **12/09/2016**
*DENYING MOT TO RECONSIDER 11-2-1 6 ORDER TO VACATE*

**NOTICE OF SERVICE** filed on **01/03/2017**
*... AND COMPLIANCE WITH CT'S ORD OF DEC. 9,2016*

**NOTICE OF SERVICE** filed on **01/03/2017**
*PL NOTICE OF SERVICE - ANSWERS TO ROD SUPP INT*

**ORDER GRANTING** filed on **01/04/2017**
*PLTFF MOT FOR IN CAMERA REVIEW*

**ORDER GRANTING** filed on **01/04/2017**
*PLTFF MOT TO DISMISS IAN HARAC'S LOSS OF CONSORTIUM CLAIM*

**TENDERED DOCUMENT** filed on **01/04/2017**
*.... AGD ORD RE: BRIEFING OFNORTON HOSPITALS, INC. DBA NORTON HOSPITAL'S MOT. FOR S. J. FLD COPY RETD*

**EXHIBIT** filed on **01/16/2017**

**EXHIBIT** filed on **01/16/2017**

**EXHIBIT** filed on **01/16/2017**

**EXHIBIT** filed on **01/16/2017**

**EXHIBIT** filed on **01/16/2017**

**EXHIBIT** filed on **01/16/2017**

**EXHIBIT** filed on **01/16/2017**

**EXHIBIT** filed on **01/16/2017**

**EXHIBIT** filed on **01/16/2017**

**EXHIBIT** filed on **01/16/2017**

**EXHIBIT** filed on **01/16/2017**

**EXHIBIT** filed on **01/16/2017**

**RESPONSE** filed on **01/16/2017**
*PL RESPONSE TO DEF MOTION FOR SUMMARY JUDGMENT*

**EXHIBIT** filed on **01/20/2017**

**EXHIBIT** filed on **01/20/2017**

**OBJECTION** filed on **01/20/2017**
*..TO NORTON HOSPITALS INC'S MOT. FOR LEAVE TO FILE AN AMENDED ANS.*

**ORDER GRANTING** filed on **01/26/2017**
*NORTON HOSP MOT TO VACATE 1-4-17 ORDER*

**EXHIBIT** filed on **01/26/2017**

**EXHIBIT** filed on **01/26/2017**

**RESPONSE** filed on **01/26/2017**

**REPLY** filed on **01/31/2017**
*,,, NORTON HOSPITALS, INC. REPLYTO PLTF'S OBJ. TO MOT. FOR LEAVE TO FILE AN AMENDED AN SWER FLD ORD TEND*

**NOTICE OF SUBMISSION** filed on **02/01/2017**
*......MOT FOR S.J.*

**REPLY** filed on **02/01/2017**
*... IN SUPPORT OF DEFT, NORTON HOSPITAL'S INC. DBA NORTON HOSPITAL'S MOT. FOR S.J.*

**OBJECTION** filed on **02/02/2017**
*...TO NORTON HOSPITALS, INC. FILING OF AOC-280 NOTICE OF SUBMISSION OF CASE FOR FINAL ADJUDICATION REGARDING DEFTS' MOT. FOR S.J.*

**EXHIBIT** filed on **02/07/2017**

**EXHIBIT** filed on **02/07/2017**

**EXHIBIT** filed on **02/07/2017**

**EXHIBIT** filed on **02/07/2017**

**EXHIBIT** filed on **02/07/2017**

**TENDERED DOCUMENT** filed on **02/07/2017**
*ORD RE: TO FILE SECOND AMENDED COMPLAINT FLD ORD TEND*

**EXHIBIT** filed on **02/10/2017**

**TENDERED DOCUMENT** filed on **02/10/2017**
*MOT. FOR LEAVE TO FILE SUR- REPLY TO DEFTS' MOT FOR S.J. FLD ORD TEND*

**REPLY** filed on **02/12/2017**
*REPLY AND PARTIAL JOINDER IN MOTION*

**ORDER GRANTING** filed on **02/22/2017**
*PLTFF'S MOT FOR LEAVE TO FILE SUR- REPLY TO SUMM JDMT*

**REPLY** filed on **02/24/2017**
*PL SUR REPLY TO MSJ*

**SUPPLEMENTAL FILING** filed on **07/17/2017**
*RE: DEFT'S MOTION FOR S.J.*

**ORDER GRANTING** filed on **07/28/2017**
*PLAINTIFF MOTION LEAVE TO FILE 2NDAMENDED COMPLAINT*

**ORDER GRANTING** filed on **07/28/2017**
*DEFT. MOTION TO FILE AMENDED ANSWER*

**OPINION AND ORDER** filed on **07/31/2017**
*SUMMARY JUDGMENT IS GRANTED*

**ANSWER** filed on **08/01/2017**
*OF DFDT TO PLTFF'S FIRST AMENDED COMPLAINT*

**AMENDED COMPLAINT** filed on **08/01/2017**
*SECOND*

**EXHIBIT** filed on **08/02/2017**

---

**EXHIBIT** filed on **08/02/2017**

**TENDERED DOCUMENT** filed on **08/02/2017**
*MOTION FOR ENTRY OF ORDER GRANTINGSJ*

**RESPONSE** filed on **08/05/2017**
*TO DEF MOT ENTRY MSJ*

**OPINION AND ORDER** filed on **08/08/2017**
*DEFTS RODRIGUEZ AND UNIV SURG ASSOC M OT FOR SJ IS GRANTED*

| Events | 14-CI-006247 |
|---|---|

**MOTION HOUR** scheduled for **08/07/2017 09:15 AM** in room **2** with **HON. DARRYL S. LAVERY**

> **Motions**
> - **MOTION - OTHER** filed on **08/02/2017** by **AD**

**OTHER HEARING** scheduled for **07/25/2017 01:30 PM** in room **2**
*R/A 5/18/17*

**OTHER HEARING** scheduled for **05/18/2017 08:30 AM** in room **2** with **HON. JAMES M. SHAKE**

**MOTION HOUR** scheduled for **02/20/2017 09:15 AM** in room **2** with **HON. JAMES M. SHAKE**

> **Super Memo**
> *03/16/2017 Counter Chg Sch Ev ent 03/21/2017 0830 AM 2 to Crt DIVISION 2 with SHAKE, HON. JAMES M. 05/18/2017 08:30 AM OTHER HEARING*

> **Motions**
> - **MOTION TO FILE** filed on **02/10/2017** by **AP**
> *.... SUR- REPLY TO DEFTS" MOT FOR SJ. ORD FILED AS TD*

**MOTION HOUR** scheduled for **02/13/2017 09:15 AM** in room **2** with **HON. JAMES M. SHAKE**

> **Motions**
> - **MOTION - OTHER** filed on **02/07/2017** by **AP**
> *RESPONSE TO PLTF'S OBJ. TO NORTON HOSPITALS, FILING OF AOC -280 RE: NORTON'S MOT FOR S.J, ORAL ARG. & THAT ORAL ARG. BE CONDUCTED BY JUDGE SHAKE FLD ORD TEND*
> - **MOTION TO FILE** filed on **02/07/2017** by **AP**
> *... SECOND AMENDED COMPL ADDING BANKRUPTCY TRUSTEE/ ESTATE AS A REAL PARTY IN INTE REST PLTF ORD FILED AS TD ATTACHED SECOND AMENDED COMP L*

**MOTION HOUR** scheduled for **01/23/2017 09:15 AM** in room **2** with **HON. JAMES M. SHAKE**

> **Motions**
> - **MOTION TO VACATE** filed on **01/19/2017** by **AD**
> *.... JAN 4, 2017 ORD RE: PATIENT SAFETY WORK PRODUCT DOC FLD ORD TEND*

**MOTION HOUR** scheduled for **01/17/2017 09:15 AM** in room **2** with **HON. JAMES M. SHAKE**

> **Motions**
> - **MOTION TO FILE** filed on **01/12/2017** by **AD**
> *(NORTON HOSPITAL) AN AMENDED ANSWER FLD NO ORDER ATTACHE D AMENDED ANS.*

**ORAL ARGUMENTS** scheduled for **12/07/2016 08:30 AM** in room **2** with **HON. JAMES M. SHAKE**

**MOTION HOUR** scheduled for **11/28/2016 09:15 AM** in room **2** with **HON. JAMES M. SHAKE**

> **Motions**
> - **MOTION - OTHER** filed on **11/21/2016** by **AP**
> *MOTION TO RECONSIDER SEC. II OF 11.2.16 ORDER...order tendered*

**MOTION HOUR** scheduled for **11/14/2016 09:15 AM** in room **2** with **HON. JAMES M. SHAKE**

> **Motions**
> - **MOTION TO RECONSIDER** filed on **11/09/2016** by **AD**
> *AND VACATE SECTION I OF THE COURTS 11/2/16 ORDER. ORD. TENDER*

**MOTION HOUR** scheduled for **10/03/2016 09:15 AM** in room **2** with **HON. JAMES M. SHAKE**

> **Motions**
> - **MOTION TO DISMISS** filed on **09/29/2016** by **AP**
> - **MOTION FOR JUDGMENT** filed on **09/29/2016** by **AP**

**OTHER HEARING** scheduled for **07/20/2016 08:30 AM** in room **2** with **HON. JAMES M. SHAKE**

> **Motions**
> - **MOTION TO STRIKE** filed on **07/14/2016** by **AP**
> *MOTION TO STRIKE NORTON'S REPLY INSUPPORT....ORDER FILED AS T.D.*

**MOTION HOUR** scheduled for **05/31/2016 09:15 AM** in room **2** with **HON. JAMES M. SHAKE**

> **Motions**
> - **MOTION TO RECONSIDER** filed on **05/23/2016** by **AD**
> *(NORTON HOSPITAL) & AMEND IT S 5-11-16 ORD FLD ORD TEND*

**MOTION HOUR** scheduled for **05/23/2016 09:15 AM** in room **2** with **HON. JAMES M. SHAKE**

> **Motions**
> - **MOTION TO FILE AMENDED COMPLAINT** filed on **05/16/2016** by **AP**

**OTHER HEARING** scheduled for **04/19/2016 08:30 AM** in room **2** with **HON. JAMES M. SHAKE**
> *REASSIGNED FROM 3-4-16*

**MOTION HOUR** scheduled for **02/01/2016 09:15 AM** in room **2** with **HON. JAMES M. SHAKE**

> **Motions**
> - **MOTION TO COMPEL** filed on **01/25/2016** by **AP**
> *MOTION TO COMPEL DEFENDANT, NORTONHOSPITALS, INC TO ANSWER WRITTEN DISCOVERY REQUESTS....ORDER FILED AS T.D.*
> - **MOTION TO COMPEL** filed on **01/25/2016** by **AP**
> *MOTION TO COMPEL DEFENDANT, JORGE L. RODRIGUEZ M.D. TO ANSWER WRITTEN DISCOVERY REQUESTS....ORDER FILED AS T.D.*

**OTHER HEARING** scheduled for **09/02/2015 08:45 AM** in room **2** with **HON. JAMES M. SHAKE**

**MOTION HOUR** scheduled for **07/27/2015 09:15 AM** in room **2** with **HON. JAMES M. SHAKE**

**Motions**

- **MOTION – OTHER** filed on **07/17/2015** by AP
*OBJECTION TO NOTICE OF INTENT TO OBTAIN CERT. RECORDS VIA SUBP. DUCES TECUM FROM DR. RON SPEARS & MOT FOR PROTECTIVE ORD & MEMO , FLD NO ORD*

**MOTION HOUR** scheduled for **05/18/2015 09:15 AM** in room **2** with **HON. JAMES M. SHAKE**

**Motions**

- **MOTION TO FILE AMENDED COMPLAINT** filed on **05/14/2015** by AP
*.. FLD ORD TEND, ATTACHED FIRST A MENDED COMPL*

**MOTION NOT REQUIRING HEARING** in room **2** with **HON. JAMES M. SHAKE**

**Motions**

- **MOTION – OTHER** filed on **12/21/2016** by AD
*MOTION TO JOIN NORTON HEALTHCARE'SMOTION FOR SUMMARY JUDGMENT...ORD ER TENDERED*

**MOTION NOT REQUIRING HEARING** in room **2** with **HON. JAMES M. SHAKE**

**Motions**

- **MOTION FOR SUMMARY JUDGMENT** filed on **11/16/2016** by AD
*.... (NORTON HOSPITALS, INC) & MEMO FLD ORD TEND*
- **MOTION TO COMPEL** filed on **09/29/2016** by AP
*(SEALED DOCUMENT)*
- **MOTION TO DISMISS** filed on **06/24/2015** by AD
*...UNIVERSITY OF LOU. SCHOOL OF MEDICINE'S MOT TO DISMISS WITH PREJ FLD ORD TEND , & MEMO*

**MOTION HOUR** in room **2** with **HON. JAMES M. SHAKE**
*REMANDED*

**Motions**

- **MOTION TO SEAL** filed on **04/15/2016** by AD
*.... JORGE L. RODRIGUEZ, MD. O RD TEND*

| Images | 14-CI-006247 |
|---|---|

**NOTICE OF CHANGE OF ADDRESS** filed on **12/31/2015**   *Page(s): 3*

**MOTION TO COMPEL** filed on **01/25/2016**   *Page(s): 7*

**MOTION TO COMPEL** filed on **01/25/2016**   *Page(s): 16*

**EXHIBIT** filed on **01/25/2016**   *Page(s): 14*

**EXHIBIT** filed on **01/25/2016**   *Page(s): 17*

**EXHIBIT** filed on **01/25/2016**   *Page(s): 14*

**EXHIBIT** filed on **01/25/2016**   *Page(s): 21*

**EXHIBIT** filed on **01/25/2016**   *Page(s): 4*

**TENDERED DOCUMENT** filed on **01/25/2016**   *Page(s): 2*

**TENDERED DOCUMENT** filed on **01/25/2016**   *Page(s): 2*

**AMENDED NOTICE TO TAKE DEPOSITION** filed on **02/10/2016**   *Page(s): 3*

**EXHIBIT** filed on **03/21/2016**   *Page(s): 4*

**REPLY** filed on **03/21/2016**   *Page(s): 5*

**NOTICE TO TAKE DEPOSITION** filed on **05/05/2016**   *Page(s): 4*

**MOTION TO FILE AMENDED COMPLAINT** filed on **05/16/2016**   *Page(s): 4*

**EXHIBIT** filed on **05/16/2016**   *Page(s): 6*

**EXHIBIT** filed on **05/16/2016**   *Page(s): 12*

**TENDERED DOCUMENT** filed on **05/16/2016**   *Page(s): 2*

TENDERED DOCUMENT filed on 05/13/2016  Page(s): 2

**EXHIBIT** filed on **05/25/2016**   *Page(s): 15*

**EXHIBIT** filed on **05/25/2016**   *Page(s): 2*

**REPLY** filed on **05/25/2016**   *Page(s): 8*

**RESPONSE** filed on **06/03/2016**   *Page(s): 9*

**EXHIBIT** filed on **06/03/2016**   *Page(s): 10*

**EXHIBIT** filed on **06/03/2016**   *Page(s): 3*

**EXHIBIT** filed on **06/03/2016**   *Page(s): 17*

**MOTION TO STRIKE** filed on **07/14/2016**   *Page(s): 3*

**EXHIBIT** filed on **07/14/2016**   *Page(s): 3*

**EXHIBIT** filed on **07/14/2016**   *Page(s): 10*

**EXHIBIT** filed on **07/14/2016**   *Page(s): 10*

**EXHIBIT** filed on **07/14/2016**   *Page(s): 3*

**EXHIBIT** filed on **07/14/2016**   *Page(s): 2*

**EXHIBIT** filed on **07/14/2016**   *Page(s): 8*

**EXHIBIT** filed on **07/14/2016**   *Page(s): 9*

**TENDERED DOCUMENT** filed on **07/14/2016**   *Page(s): 2*

**NOTICE - OTHER** filed on **07/18/2016**   *Page(s): 2*

**NOTICE OF FILING** filed on **08/20/2016**   *Page(s): 3*

**MOTION FOR JUDGMENT** filed on **09/29/2016**   *Page(s): 3*

**TENDERED DOCUMENT** filed on **09/29/2016**   *Page(s): 2*

**TENDERED DOCUMENT** filed on **09/29/2016**   *Page(s): 2*

**MOTION TO DISMISS** filed on **09/29/2016**   *Page(s): 3*

**NOTICE TO TAKE DEPOSITION** filed on **09/30/2016**   *Page(s): 3*

**NOTICE TO TAKE DEPOSITION** filed on **09/30/2016**   *Page(s): 3*

**NOTICE TO TAKE DEPOSITION** filed on **09/30/2016**   *Page(s): 3*

**NOTICE TO TAKE DEPOSITION** filed on **09/30/2016**   *Page(s): 3*

**NOTICE - OTHER** filed on **10/18/2016**   *Page(s): 2*

**NOTICE - OTHER** filed on **10/18/2016**   *Page(s): 2*

**NOTICE - OTHER** filed on **10/18/2016**   *Page(s): 2*

**NOTICE - OTHER** filed on **10/18/2016**   *Page(s): 2*

**NOTICE TO TAKE DEPOSITION** filed on **10/18/2016**   *Page(s): 3*

**NOTICE TO TAKE DEPOSITION** filed on **10/18/2016**   *Page(s): 3*

**RESPONSE** filed on **10/18/2016**   *Page(s): 6*

**NOTICE TO TAKE DEPOSITION** filed on **10/24/2016**   *Page(s): 3*

**NOTICE TO TAKE DEPOSITION** filed on **11/01/2016**   *Page(s): 3*

**NOTICE TO TAKE DEPOSITION** filed on **11/01/2016**   *Page(s): 3*

**NOTICE OF CANCELLATION** filed on **11/09/2016**   *Page(s): 2*

**MOTION - OTHER** filed on **11/21/2016**   *Page(s): 16*

**EXHIBIT** filed on **11/21/2016**   *Page(s): 5*

**EXHIBIT** filed on **11/21/2016**   *Page(s): 4*

EXHIBIT filed on ~~12/15/2016~~ *Page(s): 1*

**TENDERED DOCUMENT** filed on **11/21/2016**   *Page(s): 2*

**EXHIBIT** filed on **12/05/2016**   *Page(s): 8*

**EXHIBIT** filed on **12/05/2016**   *Page(s): 14*

**EXHIBIT** filed on **12/05/2016**   *Page(s): 5*

**REPLY** filed on **12/05/2016**   *Page(s): 7*

**REPLY** filed on **12/06/2016**   *Page(s): 3*

**NOTICE OF SERVICE** filed on **01/03/2017**   *Page(s): 2*

**RESPONSE** filed on **01/16/2017**   *Page(s): 16*

**EXHIBIT** filed on **01/16/2017**   *Page(s): 107*

**EXHIBIT** filed on **01/16/2017**   *Page(s): 2*

**EXHIBIT** filed on **01/16/2017**   *Page(s): 3*

**EXHIBIT** filed on **01/16/2017**   *Page(s): 10*

**EXHIBIT** filed on **01/16/2017**   *Page(s): 12*

**EXHIBIT** filed on **01/16/2017**   *Page(s): 61*

**EXHIBIT** filed on **01/16/2017**   *Page(s): 14*

**EXHIBIT** filed on **01/16/2017**   *Page(s): 13*

**EXHIBIT** filed on **01/16/2017**   *Page(s): 50*

**EXHIBIT** filed on **01/16/2017**   *Page(s): 3*

**EXHIBIT** filed on **01/16/2017**   *Page(s): 130*

**EXHIBIT** filed on **01/16/2017**   *Page(s): 2*

**EXHIBIT** filed on **01/16/2017**   *Page(s): 2*

**OBJECTION** filed on **01/20/2017**   *Page(s): 4*

**EXHIBIT** filed on **01/20/2017**   *Page(s): 130*

**EXHIBIT** filed on **01/20/2017**   *Page(s): 7*

**EXHIBIT** filed on **01/26/2017**   *Page(s): 2*

**EXHIBIT** filed on **01/26/2017**   *Page(s): 11*

**RESPONSE** filed on **01/26/2017**   *Page(s): 3*

**OBJECTION** filed on **02/02/2017**   *Page(s): 3*

**EXHIBIT** filed on **02/07/2017**   *Page(s): 17*

**EXHIBIT** filed on **02/07/2017**   *Page(s): 4*

**EXHIBIT** filed on **02/07/2017**   *Page(s): 2*

**EXHIBIT** filed on **02/07/2017**   *Page(s): 2*

**EXHIBIT** filed on **02/07/2017**   *Page(s): 16*

**TENDERED DOCUMENT** filed on **02/07/2017**   *Page(s): 2*

**MOTION TO AMEND** filed on **02/07/2017**   *Page(s): 5*

**MOTION - OTHER** filed on **02/10/2017**   *Page(s): 3*

**EXHIBIT** filed on **02/10/2017**   *Page(s): 79*

**TENDERED DOCUMENT** filed on **02/10/2017**   *Page(s): 2*

**REPLY** filed on **02/12/2017**   *Page(s): 4*

**REPLY** filed on **02/24/2017**   *Page(s): 78*

| | |
|---|---|
| **SUPPLEMENTAL FILING** filed on **07/17/2017** *Page(s): 8* | |
| **ANSWER** filed on **08/01/2017** *Page(s): 6* | |
| **AMENDED COMPLAINT** filed on **08/01/2017** *Page(s): 16* | |
| **MOTION - OTHER** filed on **08/02/2017** *Page(s): 3* | |
| **EXHIBIT** filed on **08/02/2017** *Page(s): 4* | |
| **EXHIBIT** filed on **08/02/2017** *Page(s): 3* | |
| **TENDERED DOCUMENT** filed on **08/02/2017** *Page(s): 1* | |
| **RESPONSE** filed on **08/05/2017** *Page(s): 3* | |

**\*\*\*\* End of Case Number : 14-CI-006247 \*\*\*\***